**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| BANCO POPULAR DE PUERTO RICO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 2017-39 |
| | ) | |
| BENJAMIN A. CURRENCE, ESQ., | ) | |
| | ) | |
| Defendant. | ) | |

ATTORNEYS:

**Justin K. Holcombe**
Dudley Topper & Feuerzeig
St. Thomas, VI
     *For Banco Popular de Puerto Rico,*

**Benjamin A. Currence, Esq.**
Law Offices of Benjamin Currence
St. Thomas, VI
     *Pro se.*

## JUDGMENT

**GÓMEZ, J.**

Before the Court is the motion of Banco Popular de Puerto

Rico to dismiss the counterclaims of Benjamin Currence.

For the reasons outlined in the Memorandum Opinion of even

date, it is hereby

**ORDERED** that the motion to dismiss the counterclaims is

**GRANTED;** it is further

**ORDERED** that Benjamin Currence's counterclaims are

**DISMISSED.**

S\‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
    **CURTIS V. GÓMEZ**
    **District Judge**